UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYWON LASHAWN THOMPSON,
    Plaintiff,

vs.                                          Case No.: 3:21cv4011/LAC/EMT

ESCAMBIA COUNTY JAIL,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). At that time, Plaintiff was an inmate of the Escambia County Jail (Jail) (*see id.*). Plaintiff failed to either pay the filing fee or file a properly completed motion to proceed in forma pauperis (IFP) with the required supporting documentation. The court thus entered an order directing Plaintiff to either pay the $402 filing fee within thirty days or file a properly completed IFP motion with the required supporting documentation (ECF No. 3). The undersigned directed the clerk of court to send Plaintiff the IFP forms and advised Plaintiff that failure to comply with the court's order as instructed would result in a recommendation of dismissal of the case (*id.* at 2).[1]

---

[1] The Jail returned the court's order with an indication that Plaintiff was not in custody (*see* ECF No. 5). Plaintiff did not notify the court of his new address. The clerk of court resent the order to

Plaintiff did not file an IFP motion or pay the filing fee by the deadline; therefore, on January 28, 2022, the court issued an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (*see* ECF No. 7).  The court notified Plaintiff that his failure to comply with the order would result in a recommendation of dismissal of this case (*id.*).  The time for compliance with the show cause order has now passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of March 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  Any different deadline that may appear on the electronic docket is for the court's**

---

Plaintiff's release address indicated on the Jail's public website.  The postal service returned the second copy of the order with an indication that the residence was vacant (*see* ECF No. 6).

Case No.:  3:21cv4011/LAC/EMT

**internal use only and does not control**.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.